UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LESLIE WHITAKER,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )          **JUDGMENT**
                                    )
MARTIN O'MALLEY,                    )          5:24-CV-263-BO-RN
Commissioner of Social Security,    )
                                    )
            Defendant.              )
                                    )

Decision by Court.


**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the
Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to
the Commissioner for further proceedings.

**This judgment filed and entered on January 8, 2025, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Joel Johnson (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)


                                    PETER A. MOORE, JR., CLERK

January 8, 2025

                                     /s/ Lindsay Stouch
                                    By: Deputy Clerk